**Dismissed and Memorandum Opinion filed January 31, 2023**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00798-CV

---

## VIOLA HARDY, Appellant

## V.

## CAMERON WILTZ, Appellee

---

**On Appeal from the Probate Court No. 2
Harris County, Texas
Trial Court Cause No. 492453**

---

## MEMORANDUM OPINION

This appeal is from a judgment signed August 24, 2022. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On December 22, 2022, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No

response was filed. On January 12, 2023, appellant was ordered to provide this court with proof of payment for the record on or before January 23, 2023. *See* Tex. R. App. P. 35.3(c). In the order, the court notified appellant that failure to comply with the court's order would subject the appeal to dismissal without further notice. *See* Tex. R. App. P. 37.3(b). No response was filed.

Appellant has not provided this court with proof of payment for the record. We dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.